Sante Peterson, Administrator of Estate of Maria Peterson, Deceased, Appellant, v. Alf Hendrickson and Wilma Hendrickson, Appellees.

Gen. No. 10,216.

opinion filed June 4, 1948; rehearing. denied September 14, 1948; released for publication September 15, 1948. George S. McGaughey and Frank M. Daly, for appellant; Hall, Meyer & Carey, for appellees; Wesley G. Carey, of counsel. Opinion by JUSTICE BRISTOW. Not to be published in full.

Isabelle C. Gardner, Appellee, v. Hattie Wagner Crosby, Trading as Wagner and Braun, Appellant.

Gen. No. 10,169.